BEFORE THE FIRST DIVISION, FEBRUARY 26, 1959

**No. 62779.**—Manca, Inc. v. United States, protests 328941–K and 330323–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of parts of photographic cameras, the claim of the plaintiff was sustained.